# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT CLAY JACKSON, III., | ) | |
|     Plaintiff, | ) | Civil Action No. 7:18cv00297 |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| DUFFIELD, SWVRJA, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

Jackson filed this civil rights action pursuant to 42 U.S.C. § 1983. By orders entered June 25, 2018 and October 30, 2018, the court advised Jackson that he must notify the court immediately upon his transfer or release and provide the court with a new address. *See* Docket Nos. 4 and 14. The court warned Jackson that failure to notify the court of a change of address would result in dismissal of his case. *Id.* On April 19, 2019, an order that was sent to Jackson was returned to the court as undeliverable, with no forwarding address and indicating that Jackson had been released from incarceration. *See* Docket No. 40. Jackson has not provided the court with an updated address and, therefore, the court has no means of contacting him. Accordingly, I will dismiss this action without prejudice. Jackson is advised that he may refile his claims in a separate action, subject to the applicable statute of limitations.

    **ENTER**: This 24th day of April, 2019.

 

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE